No. 10–7666.  HOUSTON *v.* SAN DIEGO COUNTY, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–7667.  GRIMES *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–7671.  GARY *v.* DEKALB COUNTY, GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–7673.  DUNN *v.* PARKER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 10–7674.  BARNETT *v.* KEITH, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–7675.  REDDELL *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 10–7676.  SUBH *v.* WAL-MART STORES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–7681.  KNOWLES *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–7683.  ROE *v.* YATES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–7684.  STAUFFER *v.* VAZQUEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–7688.  KEITH *v.* WASHINGTON.  C. A. 11th Cir.  Certiorari denied.

No. 10–7696.  WILBURN *v.* TATE.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 10–7717.  BYERS *v.* BASINGER, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 10–7718.  CONKLIN *v.* EMC MORTGAGE CORP.  Super. Ct. Pa.  Certiorari denied.